IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

FILED
MAR 22 2018
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

TERRICO DION BETHEL, )
)
Petitioner, )
)
v. ) Case No. 18-CV-37-CVE-FHM
)
JEROLD BRAGGS, Warden, )
)
Respondent. )

## NOTICE OF FILING OF STATE COURT HABEAS TRANSCRIPT(S)/RECORD(S)

Please take notice that Respondent has filed in the above styled case the following document(s), paper(s) or other material(s) from Tulsa County Case No. CF-2009-2738:

Preliminary Hearing, Nov 2, 2009
Preliminary Hearing exhibits, Nov 2, 2009
Dodd Hearing and Motion to Suppress, Feb 23, 2010
Motion Hearing, Mar 23, 2010
Preliminary Hearing, Oct 26, 2010, Vol. I
Preliminary Hearing, Oct 27, 2010, Vol. II
Preliminary Hearing, Nov 1, 2010, Vol. III
Preliminary Hearing Exhibits, 10-26, 10-27 & 11-1, 2010
Hearing, Jan 6, 2012
Hearing exhibits, Jan 6, 2012
Harjo Hearing and Motions, Mar 14, 2012
Dodd Hearing, Apr 25, 2012
Jury Trial, June 18 & 19, 2012
Jury Trial, Aug 20, 2012, Vol. I
Jury Trial, Aug 21, 2012, Vol. II
Jury Trial, Aug 22, 2012, Vol. III
Jury Trial, Aug 23, 2012, Vol. IV
Jury Trial, Aug 24, 2012, Vol. V
Jury Trial Exhibits, envelope 1 of 2 (part 1)
(State's exhibits 76, 77 & 89 are CDs and State's exhibit 88 is a cassette tape, all being filed conventionally)
Jury Trial Exhibits, envelope 1 of 2 (part 2)
Jury Trial Exhibits envelope 2 of 2
Sentencing, Aug 28, 2012
Original Record (Volumes I through XIII)

✓ Mail ___No Cert Svc ___No Orig Sign
___C/J ___C/MJ ___C/Ret'd ___No Env
___No Cpys ✓ No Env/Cpys ___O/J ___O/MJ

Respectfully submitted,

**MIKE HUNTER**
**OKLAHOMA ATTORNEY GENERAL**

**S/DIANE L. SLAYTON**
**DIANE L. SLAYTON, OBA #11829**
**ASSISTANT ATTORNEY GENERAL**

313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921 Fax 522-4534

**ATTORNEY FOR RESPONDENT**
Service e-mail: fhc.docket@oag.ok.gov

**CERTIFICATE OF SERVICE**

X I hereby certify that on March 19, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

X I hereby certify that on March 19, 2018, I served the attached document by mail on the following, who is not a registered participant of the ECF System:

Terrico D. Bethel, #665433
LCC
15151 E. Hwy 39
Lexington, OK 73051

S/DIANE L. SLAYTON

## Other Misc. Documents

4:18-cv-00037-CVE-FHM Bethel v. Braggs

**U.S. District Court**

**U.S. District Court for the Northern District of Oklahoma**

## Notice of Electronic Filing

The following transaction was entered by Slayton, Diane on 3/19/2018 at 12:57 PM CDT and filed on 3/19/2018

**Case Name:** Bethel v. Braggs
**Case Number:** 4:18-cv-00037-CVE-FHM
**Filer:** Jerold Braggs
**Document Number:** 10

**Docket Text:**
**COPIES OF STATE COURT HABEAS TRANSCRIPT(S)/RECORD(S) by Jerold Braggs (With attachments) (Slayton, Diane)**

**4:18-cv-00037-CVE-FHM Notice has been electronically mailed to:**

Diane L Slayton fhc.docket@oag.ok.gov, diane.slayton@oag.ok.gov

**4:18-cv-00037-CVE-FHM Notice has not been electronically mailed to:**

Terrico D Bethel
#665433
Lexington Correctional Center
PO BOX 260
LEXINGTON, OK 73051

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018] [FileNumber=2056231-0
] [95760bb568b7818560edd090edd11bec679b523bc14bb7f41ab769df15f2091ab20
d20dc99d6ba000d887e57a9256c928b0761978f6b30c4e802d32024a79258]]
**Document description:** 1-Prelim Hearing 11-2-09
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1

]
[40712eeb389679cddf38a27fd4c16702fc6a411bc34ca868c739d291247e3fe89ed
dbda0b31e86e5db51d52e420835c303565f44b69e2665c0b974ce39fd5384]]
**Document description:** 2-Prelim 11-2-09 exhibits
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
]
[0db6c198c9e6b11f97b71bcaad0a4a81d5808b1403aadcc6554031b6f1046ac8c2a
0f1f207302f08d210a2355cd6ad0230d6f171bf3fc38605b6bb82095cfe9f]]
**Document description:** 3-Dodd Hearing and Motion to Suppress 2-23-10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-3
]
[2bb6e6a9ca5cda98ea1377ae82f699139ecdcbe35b3bbd0b7b3b33f163a24ebc9a1
c0f532a96208c8409bdafadac771104fc42d7023db142cc842558fa8adfe2]]
**Document description:** 4-Motion Hearing 3-23-10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-4
]
[8c4634e3b7394bd541c64e4630228936db70f94f4727c3e9bd0d66bfc18a3e6d712
7a3cdb056b1237b7ce2c8f46f4612f62f1603dbed95cbbc87de7628262cf3]]
**Document description:** 5-Prelim Hearing 10-26-10 Vol. I
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-5
]
[2068aea343d305ff18b4886f984d675c6101604764280656 3e1bad445016f3a497e
6a27c3516e0cbff5737ee09c8e8306550f4dae29124ea3ec9989f9a817ff1]]
**Document description:** 6-Prelim Hearing 10-27-10 Vol. II
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-6
]
[8b2f55cd7259fecf55223f6ea9e1dc7dafca11eaedc7075b77eb04ddd6797c892a0
1e0816bb2cf5677e07347fc4c69f09b0242fd2682d1d9cfc39e8452cdb8cd]]
**Document description:** 7-Prelim Hearing 11-1-10 Vol. III
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-7
]

[13dd802e50f0475a884b6f2dfabcbc15df452855ee6ad20253e2e834248cda342e2
279dcfa472f7b37a18b0ee4ee5ac9e31c4cf3bf5e599c847b457db861f557]]
**Document description:** 8-Preliminary Hearing exhibits
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-8
]
[7edae851273af6af5a15a355d72ef7939ae1097ab44a36da4daaf773ba0e41f0a4b
e5107f1e0a0e1752731740951b7839acf0b5fe06d1c6173536c802b317bdb]]
**Document description:** 9-Hearing 1-6-12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-9
]
[9bbe06b1b6b6468c81314d23afa38f1a22b04c6d6b8c89d9d9df5589394321 2db2f
1c90c16228c6222e63063cf5fe818c076df128ba788b8da182008dd610c5a]]
**Document description:** 10-Hearing 1-6-12 Exhibits
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
0]
[2c473a0e3a902f9d849de5a936dc2a91ba15f8d2efc4ac68171bad95dad28a1f77
f05867fe8bc3b2872ef9c6653950a413d5e3fdf5a7b087340ab3204205176e]]
**Document description:** 11-Harjo Hearing and Motions 3-14-12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
1]
[7f52079cd4f064988242f1acebeb24de3b813fe37b09e5fadaf3511504c684c517
1da08c51b6e64618dfec34b16a8eb36dd68e2b298d3499ae6c4ce5f968cf6d]]
**Document description:** 12-Dodd Hearing 4-25-12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
2]
[c78447dc977c77bbbbb18eedfe6c7bc7518e0dc4dab1e692b3f99ae68ca61d7cd9
4e70b3ae612110dbf2ddcc9de3bd450255990d63bca6f3d77a9382b53ffe6a]]
**Document description:** 13-Jury Trial 6-18,19-12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
3]
[96f0c4925c1e9c376746c035ad75f59d3bc585e08503b8d9deecc336f83b79af74

abf5cace66faae6631239817f47717239fa5b8f197f6a725007856a679d796]]
**Document description:** 14-Jury Trial 8-20-12 Vol. I
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
4]
[c9e53c5b5a925ab3a6b6ede6781c92c05e5b8314a7c34184c02de733a1ddc5dae9
8f245616e8bd758caef3a8ca3f0b07f34be4ea67ea5b30acc28fe394660da6]]
**Document description:** 15-Jury Trial 8-21-12 Vol. II
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
5]
[a52f0e8436d1c59702985a4688c75a93b1a4897aca8be122cc401c3f96d049bf3f
148c315cf33c32d3059925aec2c242cbe14177fa3f11c05d9567938669b8e1]]
**Document description:** 16-Jury Trial 8-22-12 Vol. III
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
6]
[c5b653ad3487fb1990d86fab19b5c84004a92113a711bfd099b46eeb13dfba08f8
751ae2e6fd539dcf469d015120582e74c92b2e6001ecdd07f951822a17e1d3]]
**Document description:** 17-Jury Trial 8-23-12 Vol. IV
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
7]
[455a677ef75c6a12be3a7809f571c1f13ea86869bd25591487368db023b4d55a9f
1bdeb60cc3401694e243b2a52c7ff206121635415ddbfa7336f5e0e8518d84]]
**Document description:** 18-Jury Trial 8-24-12 Vol. V
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
8]
[90806bf8ca5d1dfe0284742d8e557d396538c32fcccd8f9a979b2256fb4c8e3d38
1c2a9321f81aef9c764a4a362d54d86ff1ff93d46d024c4d2c0ac567c4c9c1]]
**Document description:** 19-Trial exhibits Envelope 1 of 2 (part 1)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-1
9]
[b93602b1f49223ad6e5da079ea7575a3f65a9a8047778ea003420fa5e8996c72d0
b5ad21d5d05eafb000d15c1687adf9fa92ca1b5ee3443441494d914bbe5138]]

**Document description:** 20-Trial exhibits Envelope 1 of 2 (part 2)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
0]
[0bd53c48cdab700e07bf0010768ccf886e11e717edf2258e08db1ade36ca9106cc
a9e466bee35dec9251c09d0f274ed30778674f1845aeb3c6fe5502a07d3b59]]
**Document description:** 21-Trial exhibits Envelope 2 of 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
1]
[386f075b51bb7be45a42a589759bdcabb36fc8146d1b5af9f3ebd6006923b195a2
5541c277abb4c8221809d64d9885e39201dff396585260b722543af6ee0230]]
**Document description:** 22-Sentencing 8-28-12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
2]
[c74d9ea77fa0e5408d7ca0b83f2ed965b427c3b753dc8cc3ad973105812a06fdd5
7e65ae73fb78693543a6956f0fdd084dc1824961feaaaf1c740484cea75520]]
**Document description:** 23-Original Record Vol I
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
3]
[2df6f7beef10cd6e60e123885e59e963a074d910721bfb9bb5ee5efc374ebed725
13a674dafd37d9fa96b36331fcc03e62b9d61c0c98ff73ee8671b4b0aabf22]]
**Document description:** 24-Original Record Vol II
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
4]
[abd3009c6a3f8dc20a19001a1911d002e036892dbb5807c33745b1f28f4d6f20be
86a4e78e803e0511aef890d0796e89777316d72c8d84d3ebcbf1ecd62b60d7]]
**Document description:** 25-Original Record Vol III
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
5]
[22ad701a0a93c50cd47e860340ed4d420b8ab8a440041e7a9eaeff6abf5b6a1701
1ab0cc55ba1378fd6db0eed12288e813ea3c31bad0cc2c474329b04da1a932]]
CMECF.widgit.ProcessingWindowDestroy() RONG>Document description:

26-Original Record Vol IV
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
6]
[1bcca5d6057e47896e500d748a751382d61192a606aaedf627ce20031beae92af4
8aef7643f69bc565da16bcfce62c6ccd9c4610f6e7377cb69aaf7091dffc08]]
**Document description:** 27-Original Record Vol V
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
7]
[67c04f34a6e1c12091e7d420abf2a1e91e7f155c5e1ac22a11d34238a219227334
acb26a27ca5bd39c396a54ba7b02d2d235f0e8947bed12e5d420a116fec1db]]
**Document description:** 28-Original Record Vol VI
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
8]
[60e24f422296659095d4633ebe8c12a24ca98c4f67467cb04134e9d92000bdf07d
12dd18e0ff10b19f7ff4c60a04ed53ab049ea6f2c98ab7e561141bfb8d88e0]]
**Document description:** 29-Original Record Vol VII
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-2
9]
[03d3f39398793eecc4ca65271e1cd4544733bc5c0ce4a3252715487a14aa540761
4f31d7ecff860add62761353df0de1464745b65d7ffd707bebe1cd3f24efc9]]
**Document description:** 30-Original Record Vol VIII
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-3
0]
[68130b8df3ebe95638194b8b41f2b34707ebc002c9bbe4142a7d8794adb76a6bb9
9649e53dd4f435c1df43e86c3d0b10f4d6a9d030977ccd06d906fd5220d2a1]]
**Document description:** 31-Original Record Vol IX
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-3
1]
[0b0f0b058ca10aa52c77dbadbf2f1f64085d571dd60b6dd9277c603c94480dc1c4
9c079ea68c3c2af0386de36e6b1230b13b8ee2c65b6bab809effacebf5ca62]]
**Document description:** 32-Original Record Vol X

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-3
2]
[5aa059f9a33dc2f664f6df2fb6c9fca23b6fa15a84533c196b2ed154b3596d2e4b
9374b83606bff79b6023979c21e1230fe58be02762c8c9e5fbc4e0d43e57ab]]
**Document description:** 33-Original Record Vol XI
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-3
3]
[0cd6a6e6d1528c1cd1835c3079c5f07342a9b69b3e7fe1178160ebae01f938e383
6760fb6e01fdd7dab5f6892c5354e16cb11a662c916df3cb23185a4efffd09]]
**Document description:** 34-Original Record Vol XII
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-3
4]
[5849624e4267224bd486349287a27a6063bd1e06180a7b32705eaffb56ad027ed1
1a2eab749946ebc47e0a328b1758a6309c3da2be7f40ef956327abdc70e502]]
**Document description:** 35-Original Record Vol XIII
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1058978411 [Date=3/19/2018]
[FileNumber=2056231-3
5]
[00bcfb6de959ac342886f96e85ad24bcb015d7463a2ffeadd9a7bcf946a11115ac
7b93301feec9b32ae7d9661b9fbf979a4d9db619c96d701fd4221203107f4e]]

# ITEM NOT IMAGED

- ☑ CD/DVD (3)
- ☐ VHS TAPE
- ☐ OTHER: ______________________

The above referenced item has not been imaged and may be available at the Court Clerk's Office.




Bethel
Copy
3-16-18
St. Exh 77


Bethel
9-4-08
Copy
3-16-18
St. Exh 89

# ITEM NOT IMAGED

☐ CD/DVD
☐ VHS TAPE
☑ OTHER: 1- Cassette tape

The above referenced item has not been imaged and may be available at the Court Clerk's Office.

